MWG:SA
F. #2025R00429

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
* OCTOBER 14, 2026 *
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

EOIN CRANNEY,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. 26-CR-293
(T. 18, U.S.C., §§ 611, 1015(f) and 3551 et seq.)

Judge Nicholas G. Garaufis
Magistrate Judge Robert M. Levy

THE GRAND JURY CHARGES:

At all times relevant to this Indictment unless otherwise indicated:

1. The defendant EOIN CRANNEY was a citizen of Ireland and a lawful permanent resident of the United States. CRANNEY has at no time been a citizen of the United States.

2. On or about October 23, 2024, the defendant EOIN CRANNEY registered to vote in the State of New York by submitting a voter registration application to the Board of Elections in the City of New York (the "NYC BOE"), in which CRANNEY falsely certified and attested that he was a United States citizen.

3. According to records received from the NYC BOE, the defendant EOIN CRANNEY voted in the federal general election held on or about November 5, 2024, which was an election held in part for the purpose of electing candidates for the offices of President of the United States, Vice President of the United States, and Member of the House of Representatives.

4. On or about September 6, 2026, United States Customs and Border Protection officers conducted a voluntary interview of the defendant EOIN CRANNEY at John

F. Kennedy International Airport. During the interview, CRANNEY admitted, in substance and in part, that he was not a United States citizen, that he had registered to vote in 2024, and that he had voted in the November 5, 2024 federal general election.

COUNT ONE
(False Claim of Citizenship in Order to Vote)

5. The allegations contained in paragraphs one through four are realleged and incorporated as it fully set forth in this paragraph.

6. On or about October 23, 2024, within the Eastern District of New York, the defendant EOIN CRANNEY did knowingly and intentionally make a false statement and claim that he was a citizen of the United States in order to register to vote and to vote in a Federal, State and local election.

(Title 18, United States Code, Sections 1015(f) and 3551 et seq.)

COUNT TWO
(Voting by Alien in a Federal Election)

7. The allegations contained in paragraphs one through four are realleged and incorporated as if fully set forth in this paragraph.

8. On or about November 5, 2024, within the Eastern District of New York, the defendant EOIN CRANNEY, an alien, knowing that he was not a United States citizen, did knowingly and intentionally vote in an election held solely and in part for the purpose of electing a candidate for the office of President, Vice President, Presidential elector, Member of the

Senate, Member of the House of Representatives, Delegate from the District of Columbia, and Resident Commissioner.

(Title 18, United States Code, Sections 611 and 3551 et seq.)

A TRUE BILL

/s/

FOREPERSON

By David Pitluck, Assistant U.S. Attorney

JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK